UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON OLSON,<br>Plaintiff,<br>v.<br>BRINKER INTERNATIONAL, INC.,<br>Defendant. | Case No. 26-cv-07308-RFL<br><br>**ORDER REMANDING CASE**<br>Re: Dkt. No. 16 |

Brinker International, Inc. removed this pixel case from state court. The Court identified a potential lack of subject-matter jurisdiction, as the operative complaint did not seem to plausibly allege standing, and ordered Brinker to show cause why this case should not be remanded. (Dkt. No. 16.) As the party asserting federal jurisdiction, Brinker has the burden to establish standing. *See Tailford v. Experian Info. Sols., Inc.*, 26 F.4th 1092, 1099 (9th Cir. 2022). But Brinker concedes that Devon Olson's operative complaint does not plausibly allege standing, and therefore "does not oppose remand." (Dkt. No. 19.) Since Brinker has not met its burden, this case is **REMANDED** to the Superior Court of California, County of Alameda. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 26, 2026

RITA F. LIN
United States District Judge